**DENIED and Opinion Filed September 17, 2024**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-24-01061-CV

### IN RE RIGO REYNA, Relator

**Original Proceeding from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F-1775149**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Breedlove
Opinion by Justice Carlyle

Before the Court is relator's September 9, 2024 petition for writ of mandamus asking this Court to compel the trial court to rule on his pending motions. Relator's petition does not comply with the Texas Rules of Appellate Procedure in numerous respects. *See* TEX. R. APP. P. 52.1, 52.3(j), (k), 52.7(a). Relators seeking extraordinary relief through a writ of mandamus must comply with the requirements of the Texas Rules of Appellate Procedure or face denial. *See In re Guillaume*, No. 05-24-00765-CV, 2024 WL 3548511, at *1 (Tex. App.—Dallas July 26, 2024, orig. proceeding) (mem. op.) (denying mandamus relief based on relator's failure to comply with several Texas Rules of Appellate Procedure).

Because relator's petition fails to do so in many respects, we deny the petition.

241061f.p05

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE